United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 96-3844
_____

| | | |
|---|---|---|
| Darwin E. Conley, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| George Adams; Michael Dixon; Clifton | * | |
| Bowen; John Sydow; Arthur Wood; | * | |
| James H. Crosby; Larry Wilhite; | * | Appeal from the United States |
| James Eberle; Ronnie Boyd; | * | District Court for the |
| Robert I. Williams; Nancy; Gerald | * | Western District of Missouri. |
| Bommel; James Rowland; Matthew | * | |
| Irwin; John Douglas; Raymond F. Kidd; | * | [UNPUBLISHED] |
| Robertson; Bales; McCormick; Betty | * | |
| Jaeger; David Dormire; Michael | * | |
| Groose; Dora Schriro; George | * | |
| Lombardi, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: November 7, 1997
Filed: November 19, 1997
_____

Before McMILLIAN, BEAM, and MURPHY, Circuit Judges.
_____

PER CURIAM.

Darwin E. Conley appeals from the district court's[1] order granting defendants summary judgment in this 42 U.S.C. § 1983 action arising from prison discipline and conditions of confinement. Upon our careful review of the record, we summarily affirm the judgment of the district court. See 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.